IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RAPID MORTGAGE COMPANY | : | Case No. 1:22-cv-00746 |
| | : | |
| Plaintiff, | : | Judge Douglas R. Cole |
| | : | |
| v. | : | |
| | : | **PLAINTIFF'S NOTICE OF DEPOSITION OF JONATHAN DENHA** |
| RAPID MORTGAGE FUNDING, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned will take the deposition upon oral examination, as upon cross-examination, of Jonathan Denha, beginning at 11:00 a.m. on August 13, 2024, at the offices of Lundrigan Law Group Co., LPA, 1080 Nimitzview Drive, Suite 402, Cincinnati, Ohio 45230, for any purpose allowable under the Federal Rules of Civil Procedure. The deposition is being taken for any purpose allowable under the Federal Rules of Civil Procedure and shall continue from day-to-day until completed, shall be recorded by sound, video, or stenographic means and shall be before a Notary Public or other individual qualified to administer oaths.

Respectfully submitted,

*/s/ Nicole M. Lundrigan*
W. Kelly Lundrigan (0059211)
Nicole M. Lundrigan (0075146)
LUNDRIGAN LAW GROUP CO, LPA
1080 Nimitzview Drive, Suite 402
Cincinnati, Ohio 45230
Phone (513) 813-7610
klundrigan@lundrigan-law.com
nlundrigan@lundrigan-law.com
*Attorneys for Plaintiff Bruce Kaylor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served via the Court's CM/ECF system on this 6th day of August, 2024.

                                             */s/ Nicole M. Lundrigan*
                                             Nicole M. Lundrigan (0075146)